IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAY 21 2020
Clerk, U.S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 07-128-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LAMAR WEBSTER, | |
| Defendant/Movant. | |

The United States of America has moved the Court for an order allowing the United States to file its response to the defendant's amended motion under 28 U.S.C. § 2255, together with all attachments, under seal (Doc. 183). For good cause appearing in support of the motion,

IT IS HEREBY ORDERED that the United States' motion for leave to file the response and all attachments under seal is **GRANTED**.

DATED this 21st day of May, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1