LISA J. BAZANT
GW Building
2722 3rd Avenue North Suite 400
P.O. Box 1832
Billings, MT 59103-1832
Phone:  406-696-2197
Fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> vs. <br><br> LAMAR WEBSTER, <br><br> Defendant/Movant | **Case No.** CR 07-128-BLG-SPW <br><br> **DEFENDANT'S UNOPPOSED MOTION TO ALLOW DISCLOSURE OF GOVERNMENT'S RESPONSE TO DEFENDANT/MOVANT** |

COMES NOW the Defendant/Movant, Lamar Webster, by and through his counsel of record, Lisa J. Bazant, and respectfully requests this Court allow the disclosure of the Government's Response to Defendant's Amended Motion under 28 U.S.C. §2255, and the exhibits, filed May 21, 2020.  The Response, as well as all exhibits, were ordered sealed.  However, Mr. Webster is actively involved in the presentation of his claim and has specifically requested all materials.  He is

incarcerated in USP Lompoc, in Lompoc California, and travel to the location is inadvisable.

Counsel for the government, Ethan Plaut, has been contacted regarding this motion and does not object.

RESPECTFULLY SUBMITTED this 28th day of May, 2020.

/s/Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant/Movant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on May 28, 2020, a copy of the foregoing document was served on the following persons by the following means:

__1__   CM-ECF

___     Hand Delivery

__2__   Mail

_____   Overnight Delivery Service

_____   Fax

_____   E-Mail

1.
CLERK, UNITED STATES DISTRICT COURT

Ethan Plaut
Assistant U.S. Attorney
United States Attorney's Office
Great Falls, MT 59403

2.
Lamar Webster

/s/ Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant/Movant