LISA J. BAZANT, PLLC
GW Building
2722 3rd Avenue North, Suite 400
P.O. Box 1832
Billings, MT 59103-1832
Phone:  406-696-2197
Fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Respondent, <br><br> vs. <br><br> LAMAR WEBSTER, <br><br> Defendant/Movant. | **Case No.**  CR 07-128-BLG-SPW <br><br> **MOTION  TO WITHDRAW AS ATTORNEY OF RECORD** |

COMES NOW the Defendant/Movant, LAMAR WEBSTER, by and

through his counsel of record, LISA J. BAZANT, and hereby moves this Court for

an Order allowing her to withdraw from the above-referenced case.  Undersigned

counsel asserts that there is a breakdown in communication and Defendant has

indicated that he has lost confidence in counsel's ability to adequately represent

-1-

him in this matter.   Mr. Webster's specific allegations of ineffective assistance include  Counsel's refusal to move the Court for an Order providing for an In-Camera review of the Government's files and complaints regarding communication.  Additionally, Mr. Webster asserted counsel failed to disclose a conflict with cooperating witness Brandon LeClair.  Until raised  by Mr. Webster, counsel was unaware of the conflict as Brandon LeClair was not listed on counsel's individual conflict list.  Further research on cmecf reveals that on March 22, 2007, undersigned counsel appeared on behalf of Mark Werner on an initial appearance on Violation of Pretrial Release.  No other appearances were made on Mr. Werner's behalf with Brandon LeClair.

Counsel for the Government, Assistant United States Attorney Ethan Plaut, has been contacted regarding the present motion and he takes no position on the motion.

RESPECTFULLY SUBMITTED this 11th day of September, 2020.

/s/Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on September 11, 2020, a copy of the foregoing document was served on the following persons by the following means:

__1__   CM-ECF

_____ Hand Delivery

__      Mail

_____ Overnight Delivery Service

_____ Fax

__2____ E-Mail

1.

CLERK, UNITED STATES DISTRICT COURT

Ethan Plaut
Assistant United States Attorney
U.S. Attorney's Office
Great Falls, MT

2.
Lamar Webster

/s/ Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant/Movant

-3-